UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re: )
)
JACOB G. BOGATIN, ) Case No. 23-11157-BFK
) Chapter 7
Debtor. )

ORDER DENYING MOTION TO COMPEL
PRODUCTION OF DOCUMENTS AND INFORMATION

This matter is before the Court on Harry Kamin and BNG Group LLC's Motion to Compel Production of Documents and Information. Docket No. 82. For the reasons stated on the record, it is

**ORDERED**:

1. The Motion to Compel Production of Documents and Information (Docket No. 82) is denied.

2. The Clerk shall mail copies of this Order, or provide cm-ecf notice of its entry, to the parties below.

Date: Aug 27 2024

/s/ Brian F Kenney

Brian F. Kenney
United States Bankruptcy Judge

Alexandria, Virginia

Entered On Docket: Aug 28 2024

Copies to:

Jacob G. Bogatin
20701 Reptide, Sq
Sterling, VA 20165
*Chapter 7 Debtor*

Jeffery T. Martin, Jr.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182
*Counsel for Debtor*

Donald F. King
1775 Wiehle Avenue, Suite 400
Reston, VA 20190
*Chapter 7 Trustee*

Jack Frankel
Michael T. Freeman, Esquire
1725 Duke Street, Suite 650
Alexandria, VA 22314
*U.S. Trustee*

1

Tracey M. Ohm  
1775 Pennsylvania Ave., N.W.  
Suite 800  
Washington, DC 20006  
*Counsel for Harry Kamin*

Bethany R. Benes  
3975 Fair Ridge Drive  
South Suite 246  
Fairfax, Virginia 22033  
*Counsel for Harry Kamin*

United States Bankruptcy Court

Eastern District of Virginia

In re:  Case No. 23-11157-BFK
Jacob G. Bogatin  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9      User: MichelleS      Page 1 of 2
Date Rcvd: Aug 28, 2024      Form ID: pdford9      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2024:**

**Recip ID    Recipient Name and Address**
aty      + Bethany R Benes, BETHUNE BENES, PLLC, 3975 Fair Ridge Drive, South Terrace, Suite 25C Fairfax, VA 22033-2911

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2024      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2024 at the address(es) listed below:

**Name    Email Address**

Bandar Al-Saif
    on behalf of Trustee Donald F. King bandar.al-saif@ofplaw.com  marse.hammond@ofplaw.com

Donald F. King
    on behalf of Trustee Donald F. King Kingtrustee@ofplaw.com
    va50@ecfcbis.com;tiarra.long@ofplaw.com;shalonte.harrod@ofplaw.com

Donald F. King
    Kingtrustee@ofplaw.com  va50@ecfcbis.com;tiarra.long@ofplaw.com;shalonte.harrod@ofplaw.com

Gerard R. Vetter
    ustpregion04.ax.ecf@usdoj.gov

Jack Frankel
    on behalf of Plaintiff Gerard R. Vetter jack.i.frankel@usdoj.gov  USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov

Jack Frankel

District/off: 0422-9 | User: MichelleS | Page 2 of 2
Date Rcvd: Aug 28, 2024 | Form ID: pdford9 | Total Noticed: 1

| | |
|---|---|
| | on behalf of U.S. Trustee Gerard R. Vetter jack.i.frankel@usdoj.gov USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov |
| Jeffery T. Martin, Jr. | on behalf of Defendant Jacob G. Bogatin jeff@martinlawgroup.com martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroupva.com;jeff@martinlawgroupva.com |
| Jeffery T. Martin, Jr. | on behalf of Debtor Jacob G. Bogatin jeff@martinlawgroup.com martin.jefferyt.b119228@notify.bestcase.com;brittany@martinlawgroupva.com;jeff@martinlawgroupva.com |
| Marc E. Albert | on behalf of Creditor Harry Kamin marc.albert@stinson.com dc05@ecfcbis.com;porsche.barnes@stinson.com;malbert@ecf.epiqsystems.com;joshua.cox@stinson.com |
| Michael T. Freeman | on behalf of U.S. Trustee Gerard R. Vetter michael.t.freeman@usdoj.gov robert.w.ours@usdoj.gov |
| Tracey Michelle Ohm | on behalf of Creditor Harry Kamin tracey.ohm@stinson.com porsche.barnes@stinson.com |

TOTAL: 11