FILED
MAIL ROOM
2026 FEB -2 PM 1:59
CLERK
US BANKRUPTCY COURT
ALEXANDRIA DIVISION

US BANKRUPTCY COURT FOR THE EASTERN DISTRIC
OF VIRGINIA ALEXANDRIA DIVISION

Jacob Bogatin Case # 7BD
Pro se

MOTION TO GRANT ORDER OF DISMISAL FROM
FORM CAPTER 7 BANKRUPTCY PROTECTION.

Comes now the Jacob Bogatin are hereby request Honorable Court to grant his Dismisal from Chapter 7 bankrupcy protection effctive June 2024. In support whereof Jacob Bogatin states as follows:

1. On June 2023 petitioner filedchapter 7 bankruptcy protection.
2. On June 2023 Jacob Bogatin signed vaiver and was dismised from Bankruptcy.
3 Judge Brian F. Kenney approvedthis vaiver.

Jacob Bogatin Pray this Court to granted orddr of dismisal from bankruptcy effective date of thevaiver.

Respectifully submited

Jacob Bogatin

Jacob Bogatin Pro Se
Loudoun County ADC
BN 25-03626
P.O.Box 7700
Leesburg VA 20177-7700

CERTIFICAT OF SERVICE

I hereby certify that true and correct copy MOTION OF DISMISAL FROM BANKRUTCY 7 was mailedby 1 st class postage prepaid on January 26, 2026 to:

Office of Clerk US BANKRUPTCY COURT FOR THE EASTERM DISTRIC OF VIRGINIA ALEXANDRI DIVISION.

I am certify that no athorney involved in the preparation thismotion

Respectifully submited

Jacob Bogatin
Pro se
Loudoun County ADC
BN 25-03626
P.O.Box 7700
Leesburg VA 20177-7700

Dear Clerk of the Court

My name is Jacob Bogatin. I am petitioner pro se in bankruptcy case # whom petitioning the US Bankruptcy Court for the Estearn distric of Virginai Alexandria Division for the to granted order of dismisal him form capter 7 bankruptcy protection Please file this motion on my behalf , and send me stamted copy of filing.

thank you

Jacob Bogatin Pro se

Petitioner case #
Loudoun County ADC
BN 25-03626
P.O.Box 7700
Leesburg VA 20177-7700