**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In re:<br><br>JACOB G. BOGATIN,<br><br>Debtor. | Case No. 23-11157-BFK<br>Chapter 7 |

**ORDER DENYING DEBTOR'S MOTION TO DISMISS**

This matter is before the Court on the Debtor's Motion to Dismiss this case. Docket No. 97. The Chapter 7 Trustee has filed an Opposition. Docket No. 103. The Debtor also has filed a Letter, requesting that he be transported to the Court for the hearing currently scheduled for March 17, 2026, from the Loudoun County Adult Detention Center. Docket No. 104. For the reasons stated below; the Court will: (a) deny the Debtor's Motion to Dismiss his case; (b) deny the Debtor's request to be transported; and (c) cancel the hearing.

**PROCEDURAL BACKGROUND**

On July 20, 2023, the Debtor, Jacob Bogatin, filed a Voluntary Petition under Chapter 7 with this Court. Docket No. 1. At that time, he was represented by counsel, Jeffrey T. Martin, Jr. *Id.* The Trustee, Donald F. King, filed a Request for Asset Notice. Docket No. 14. The Debtor filed a Motion to Convert his case to Chapter 13, but he later withdrew that Motion. Docket Nos. 18, 38.

On May 24, 2024, the U.S. Trustee filed a Motion to Approve a waiver of the Debtor's discharge. Docket No. 66. The Waiver of Discharge was signed by the Debtor and his attorney, Mr. Martin. Docket No. 75. On June 4, 2024, the Court held a hearing on the discharge wavier, at which

the Debtor was present and was represented by counsel. The Court approved the waiver. Docket No. 78. On August 29, 2024, the Court approved Mr. Martin's Motion to Withdraw as Mr. Bogatin's counsel. Docket No. 94.

On February 2, 2026, the Debtor filed a Motion to Dismiss his case. Docket No. 97. The Trustee filed an Opposition to the Motion. Docket No. 103.

## CONCLUSIONS OF LAW

The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the Order of Reference entered by the U.S. District Court for this District on August 15, 1984. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A) (matters concerning the administration of the estate).

Chapter 7 Debtors have no automatic right to dismiss their cases. Rather, dismissal of a Chapter 7 is governed by Bankruptcy Code Section 707(a), which states that a case may be dismissed "only for cause." 11 U.S.C. § 707(a). The Debtor's Motion to Dismiss recites only that he waived his discharge, nothing more. Docket No. 97. A waiver of discharge, however, is not cause to dismiss a case. Rather, the case can and should proceed to a complete administration by the Trustee. The case will be closed when the Truste files a Report of No Distribution, or the Court approves a Trustee's Final Report.

The Trustee in this case states that he is investigating potential assets that may be available for liquidation and payment of a distribution to the creditors. Docket No. 103, p. 3. The Court will afford the Trustee this opportunity.

The Court finds that the Debtor has not demonstrated cause to dismiss this case. The Court further finds that the creditors are better served by allowing the Trustee the opportunity to investigate any possible assets. The Court, therefore, will deny the Debtor's Motion.

It is therefore **ORDERED**:

1. The Debtor's Motion to Dismiss (Docket No. 97) is **DENIED**

2. The hearing scheduled for **March 17, 2026, at 9:30 a.m.** is canceled.

3. The Debtor's request to be transported to the Court is **DENIED as moot.**

4. The Debtor is advised that, to the extent this may be an appealable Order, he may appeal this Order by filing a Notice of Appeal within 14 days of the entry of the Order.

5. The Clerk will mail copies of this Order, or will provide CM-ECF notice of its entry, the parties below.

Date: Feb 27 2026

Alexandria, Virginia

/s/ Brian F Kenney
HONORABLE BRIAN F. KENNEY
CHIEF U.S. BANKRUPTCY JUDGE

Entered On Docket: Mar 2 2026

Copies to:

Jacob G. Bogatin
20701 Reptide Sq
Sterling, VA 20165
*Chapter 7 Pro Se Debtor*

Donald F. King
1775 Wiehle Avenue, Suite 400
Reston, VA 20190
*Chapter 7 Trustee*

Bandar Al-Saif, Esquire
1775 Wiehle Avenue, Suite 400
Reston, VA 20190
*Counsel for Chapter 7 Trustee*

Jack Frankel, Esquire
Michael T. Freeman, Esquire
1725 Duke Street, Suite 650
Alexandria, VA 22314
*Counsel for the U.S. Trustee*

Jacob Bogatin
Loudoun County ADC
BN 25-03626
P.O. Box 7700
Leesburg, VA 20177-7700